U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

2014 JUL 25  AM 11: 06

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| **Schatzilein Buck** ) | |
| **Plaintiff** ) | Case No. 2: 14-cv-157 |
| ) | |
| **v.** ) | |
| ) | |
| **FairPoint Communications, Inc.** ) | |
| **Defendant** ) | |

## COMPLAINT

NOW COMES the Plaintiff, Schatzilein Buck, by and through her attorneys Bookchin &

Durrell, PC and hereby complains against the Defendant, FairPoint Communications Inc., as

follows:

### Jurisdiction

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

### Parties

2.      Plaintiff, Schatzilein Buck, is a resident of the Town of Irasburg, County of Orleans and

        State of Vermont.

3.      Defendant, FairPoint Communications Inc., is a Delaware corporation with a principal

        place of business located in the city of Charlotte, County of Mecklenburg and State of

        North Carolina.

### Factual Background

4.      On August 2, 2011, Plaintiff was operating a motor vehicle, to wit, a 2000 Mitsubishi

        sedan, in a southerly direction along Route 5 in the Town of Irasburg, County of Orleans,

BOOKCHIN & DURRELL, PC
ATTORNEYS AT LAW
TWO SPRING STREET
MONTPELIER, VERMONT
05602
TELEPHONE 802-229-9829

438 MAIN STREET
P.O. BOX 530
DERBY, VT 05829
TELEPHONE 802-766-2870

State of Vermont.

5.      At the same time, Defendant FairPoint Communications, Inc., by and through its

employee James Baker, was operating a motor vehicle, to wit, a 2008 Ford bucket truck,

in a different direction.

6.      As Plaintiff neared the intersection of Route 5 and Telephone Road at said time and

place, Defendant did then drive in front of Plaintiff's motor vehicle, causing Plaintiff to

crash into the side of Defendant's truck.

### Count I - Negligence

7.      While acting within the scope of his employment, Defendant's agent and employee did

then and there operate Defendant's motor vehicle in a careless and negligent manner by

breaching his duty of care due and owing to Plaintiff as follows:

A.  by failing to yield to Plaintiff's oncoming vehicle in violation of the standardized

rules of diligence and traffic safety adopted under the laws of Vermont;

B.  by failing to maintain a proper lookout for persons or other vehicles on the highway in

violation of the standardized rule of diligence and traffic safety adopted under the laws of

Vermont;

C.  by failing to use reasonable care to avoid colliding with another vehicle on the

highway and inflicting injuries on persons on the highway, including the Plaintiff, in

violation of the standardized rule of diligence and traffic safety adopted under the laws of

Vermont;

D.  by failing to yield the right-of-way at an intersection, in violation of 23 V.S.A. §

1046;

OOKCHIN & DURRELL, PC
ATTORNEYS AT LAW
TWO SPRING STREET
MONTPELIER, VERMONT
05602
LEPHONE 802-229-9829

438 MAIN STREET
P.O. BOX 530
DERBY, VT 05829
:LEPHONE 802-766-2870

2

E. by failing to yield the right of way to another vehicle approaching an

intersection, in violation of 23 V.S.A. § 1048;

F. by failing to exercise the degree of ordinary care due and owing to the Plaintiff and

other persons upon the highway which a reasonably prudent person would have exercised

under the same or similar circumstances.

8.    As a direct and proximate result of the aforesaid careless and negligent operation by

Defendant's agent and employee, Plaintiff's vehicle struck Defendant's truck with great

force and violence, and Plaintiff sustained serious personal injuries to her wrist and spine.

Said injuries resulted in past and future physical disabilities, past and future pain and

suffering in and about her spine and wrist, as well as past and future emotional and

psychological distress, past and future loss of enjoyment of life, past and future lost

wages, and other consequential damages including substantial past and future costs and

expenses relative to medical examinations, care, treatment, and therapy, medication, and

transportation for medical care and therapy.

**WHEREFORE**, Plaintiff Schatzilein Buck prays for judgment in favor of Plaintiff and

against the Defendant in an amount in excess of $75,000.00 and commensurate with the proof at

trial, together with costs of suit and such other relief as may be deemed just by this Honorable

Court.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues so triable in this matter.

DATED at Montpelier, Vermont, this $\underline{24^{th}}$ day of July, 2014.

IOOKCHIN & DURRELL, PC
ATTORNEYS AT LAW
TWO SPRING STREET
MONTPELIER, VERMONT
05602
ELEPHONE 802-229-9829

438 MAIN STREET
P.O. BOX 530
DERBY, VT 05829
ELEPHONE 802-766-2870

3

SCHATZILEIN BUCK

by:

William L. Durrell, Esq.
Bookchin & Durrell, PC
2 Spring St.
Montpelier, VT 05660
(802) 229-9829
Attorney for Plaintiff

BOOKCHIN & DURRELL, PC
ATTORNEYS AT LAW
TWO SPRING STREET
MONTPELIER, VERMONT
05602
TELEPHONE 802-229-9829

438 MAIN STREET
P.O. BOX 530
DERBY, VT 05829
TELEPHONE 802-766-2870

4